Query   Reports   Utilities   Help   Log Out

CUSTODY,INTERPRETER

**U.S. District Court**
**Middle District of Florida (Tampa)**
**CRIMINAL DOCKET FOR CASE #: 8:23-mj-01892-AAS All Defendants**

Case title: USA v. Moret

Date Filed: 07/21/2023

Other court case number: 21-TP-20075-RKA Southern District of Florida

Date Terminated: 07/21/2023

Assigned to: Magistrate Judge Amanda Arnold Sansone

8:23-CR-00100-CJC-3

### Defendant (1)

**Josue Garcia Moret**
*Spanish interpreter required*
*TERMINATED: 07/21/2023*

represented by **Sylvia A. Irvin**
Federal Public Defender's Office
400 N. Tampa St, Suite 2700
Tampa, FL 33602
813-228-2715
Fax: 813-228-2562
Email: Sylvia_Irvin@fd.org
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY         DVE         DEPUTY

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

Assigned to: Magistrate Judge Amanda Arnold Sansone

### Defendant (2)

**Xavier Batten**
*TERMINATED: 07/21/2023*

represented by **Sylvia A. Irvin**
(See above for address)
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:844H.F EXPLOSIVES USED IN COMMISSION OF FELONY,
26:5861D.F UNLAWFUL TO RECEIVE A FIREARM NOT
REGISTERED, 18:248B.F ACCESS TO CLINIC (PRIOR, 1ST OFF
VIOLENT, SUB NON-VIOLENT)

**Disposition**

### Plaintiff

**USA**

represented by **David P. Sullivan**
DOJ-USAO
400 N. Tampa St.
Suite 3200

Tampa, FL 33908
813-274-6000
Fax: 813-274-6200
Email: david.sullivan3@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2023 | 1 | Arrest pursuant to Rule 5(c)(2) of Xavier Batten from the Central District of California. (CDM) (Entered: 07/24/2023) |
| 07/21/2023 | 2 | ***CJA 23 Financial Affidavit by Xavier Batten. (CDM) (Entered: 07/24/2023) |
| 07/21/2023 | 3 | ORAL MOTION to Appoint Counsel by Xavier Batten. (CDM) (Entered: 07/24/2023) |
| 07/21/2023 | 4 | ORAL MOTION for Detention by USA as to Xavier Batten. (CDM) (Entered: 07/24/2023) |
| 07/21/2023 | 5 | ORAL MOTION for Release from Custody by Xavier Batten. (CDM) (Entered: 07/24/2023) |
| 07/21/2023 | 6 | ORAL MOTION for Medical Order by Xavier Batten. (CDM) (Entered: 07/24/2023) |
| 07/21/2023 | 7 | **ORDER granting 3 Motion to Appoint Counsel. Sylvia A. Irvin appointed as to Xavier Batten (2). Signed by Magistrate Judge Amanda Arnold Sansone on 7/21/2023. (CDM)** (Entered: 07/24/2023) |
| 07/21/2023 | 8 | **ORDER granting 6 Motion for Medical Order as to Xavier Batten (2). Signed by Magistrate Judge Amanda Arnold Sansone on 7/21/2023. (CDM)** (Entered: 07/24/2023) |
| 07/21/2023 | 9 | Minute Entry for In Person proceedings held before Magistrate Judge Amanda Arnold Sansone: Oral Order granting 4 Motion for Detention as to Xavier Batten (2); Oral Order denying 5 Motion for Release from Custody as to Xavier Batten (2); INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 7/21/2023 as to Xavier Batten from the Central District of California. ; DETENTION HEARING as to Xavier Batten held on 7/21/2023. (digital) (CDM) (Entered: 07/24/2023) |
| 07/21/2023 | 10 | **ORDER OF DETENTION PENDING TRIAL as to Xavier Batten. Signed by Magistrate Judge Amanda Arnold Sansone on 7/21/2023. (CDM)** (Entered: 07/24/2023) |
| 07/21/2023 | 11 | **COMMITMENT TO ANOTHER DISTRICT as to Xavier Batten. Defendant committed to the Central District of California. Signed by Magistrate Judge Amanda Arnold Sansone on 7/21/2023. (CDM)** (Entered: 07/24/2023) |
| 07/21/2023 | 12 | ORAL NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to Xavier Batten: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (CDM) (Entered: 07/24/2023) |
| 07/21/2023 |  | NOTICE to Central District of California of a Rule 5 or Rule 32 Initial Appearance as to Xavier Batten regarding your case number: 8:23-cr-100-CJC. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (CDM) (Entered: 07/24/2023) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:23-mj-1892-AAS

XAVIER BATTEN                   /

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed for purposes **in this district** to represent the above named defendant in this case.

**ORDERED** in Tampa, Florida this 21st day of July, 2023.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No: 8:23-mj-1892-AAS

XAVIER BATTEN

## ORDER

This defendant is in the custody of the United States Marshal. The court has been advised that he is in need of medical attention and/or prescribed medication while in custody. Defendant self reported that he has been treated for high blood pressure and high cholesterol and currently takes prescribed medication but the names are unknown. He also suffers from Schizophrenia and currently takes the following prescribed medications for that condition, Wellbutrin and Seroquel.

It is therefore **ORDERED** that the defendant shall receive immediate medical attention at the place of incarceration and shall receive all currently prescribed medications unless discontinued by a physician.

**ORDERED** at Tampa, Florida, this ___21st___ day of July, 2023.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

CASE NO.     8:23-mj-1892-AAS                           DATE:  July 21, 2023

HONORABLE  AMANDA ARNOLD SANSONE              INTERPRETER   N/A
                                                LANGUAGE

UNITED STATES OF AMERICA                         AUSA Karina Valdes
v.                                              Government Counsel

XAVIER BATTEN                                    AFPD Sylvia Irvin
Defendant                                       Defense Counsel

COURT RPTR/TAPE  Digital                        DEPUTY CLERK  Cathy Morgan

TIME  3:17 – 4:30   Total - 1 hr. 13 min.        COURTROOM   10B

## PROCEEDINGS: **INITIAL APPEARANCE/CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X | Deft provided w/copy of __Indictment__ |
| X | ARREST DATE:         July 21, 2023 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavit submitted for approval |
| X | FPD appointed for all purposes in this district |
| X | Govt position on detention – risk of flight/danger to community |
| X | Defendant waives identity hearing |
| X | Defendant requests release |
| X | Court detains defendant |
| X | Court will issue a medical order |

Comments:

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.  Case No:   8:23-mj-1892-AAS

**XAVIER BATTEN**                    /

### ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the court held a detention hearing and found that detention is warranted. More specifically, the following facts require the detention of the defendant.

As an initial matter, there is probable cause to believe that the defendant has committed the offense of conspiracy to maliciously damage and destroy, by means of fire and explosive, property used in interstate or foreign commerce, namely a Planned Parenthood building in Costa Mesa, California, in violation of 18 U.S.C. § 844(i).

Under 18 U.S.C. § 3142(e)(3)(C), there is a statutory rebuttable presumption in this case that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community. Thus, "it becomes the task of the defendant to come forward with evidence to meet his burden of production, that is, evidence to suggest that he is either not dangerous or not likely to flee if turned loose on bail."

*United States v. Hurtado*, 779 F.2d 1467, 1479 (11th Cir. 1985).

Here, the defendant, through counsel, did proffer sufficient evidence to rebut the presumption. Specifically, he proffered that he has lived in this community his entire life and he has a stable home life with a supportive family. Although he rebutted the statutory presumption of detention, I still may consider the fact that there was a rebuttable presumption when considering whether detention is appropriate.

Based on what was presented at the detention hearing, I find that the credible evidence and information proffered by the government establishes, by clear and convincing evidence, that no condition or combination of conditions of release will reasonably assure the safety of the community, in that: (1) the defendant is charged with a serious violent act, namely assisting with a bombing of a Planned Parenthood clinic; (2) the evidence is strong and includes over twenty communications with a co-defendant leading up to the bombing; (3) defendant gave instruction on how to make a Molotov cocktail and then followed up with his co-defendants to confirm that the bombing occurred and was a success; (4) he had made several threats on social media including discussions of a mass shooting and mass destruction – in fact, prior to the instant arrest, the FBI had interviewed in response to his unrelated online threats of mass destruction – and he made threats of an attack subsequent to

the bombing charged in the current indictment; (5) he is a facing a 5-year minimum mandatory and has never before been incarcerated; (6) his communications include white supremacist and Nazi ideology; and (7) there are mental health concerns. The defendant's offer of a signature bond and other conditions is insufficient to persuade me that there were conditions available to reasonably assure the safety of any other person or the community.

It is therefore, **ORDERED:**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 21st day of July, 2023.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

3

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.

XAVIER BATTEN

COMMITMENT
TO ANOTHER DISTRICT

CASE NO. 8:23-MJ-1892-AAS

## CHARGES

| Charging Document | Statute | Charging District |
|---|---|---|
| Indictment | 18 U.S.C. § 844 (i) and (n) | Central District of California |
| | 26 U.S.C. § 5861(d) | |
| | 18 U.S.C. § 248(a)(3) | 8:23-cr-100-CJC |

**Description:** Malicious Destruction of Property by Fire and Explosives; Damage to Reproductive Health Services

## PROCEEDINGS

**BOND STATUS:** Defendant detained

**COUNSEL:** Federal Public Defender

**INTERPRETER:** None

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **Xavier Batten** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

July 21, 2023

_____
AMANDA ARNOLD SANSONE
UNITED STATES MAGISTRATE JUDGE

## RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |