Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2023 AUG 29  AM 10: 45

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V.    PLAINTIFF | 8:23-CR-00100-CJC |
| BATTEN, XAVIER JOSEPH | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 69457-510      DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 8/29/23 at 1000  ☒ AM  ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____  ☐ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C. § 844

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 2002

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: duty

10. Remarks (if any): _____

11. Name: Jordan Nguyen   (please print)

12. Office Phone Number: 213-559-5841

13. Agency: USMS

14. Signature: *Jordan Nguyen*

15. Date: 8/29/23

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION