E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0631
     Facsimile: (213) 894-0141
     E-mail:    kathrynne.seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>CHANCE BRANNON,<br>TIBET ERGUL, and<br>XAVIER BATTEN,<br><br>　　　　Defendants. | No. CR 8:23-100-CJC-3<br><br>GOVERNMENT'S OPPOSITION TO DEFENDANT XAVIER BATTEN'S MOTION FOR RECONSIDERATION OF DETENTION ORDER; DECLARATION OF KATHRYNNE N. SEIDEN<br><br>Hearing Date: December 6, 2023<br>Hearing Time: 11:30 a.m.<br>Location:　　Courtroom of the<br>　　　　　　　Hon. Michael R.<br>　　　　　　　Wilner |

    Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorney Kathrynne N. Seiden,

hereby files its Opposition to Defendant Xavier Batten's Motion for

Reconsideration of Detention Order.

//

//

This Opposition is based on the files and records in this case, the Declaration of Kathrynne N. Seiden attached hereto, and such further evidence and argument as the Court may permit.

Dated: November 30, 2023            Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    CAMERON L. SCHROEDER
                                    Assistant United States Attorney
                                    Chief, National Security Division


                                    _____/s/_____
                                    KATHRYNNE N. SEIDEN
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.   INTRODUCTION

Defendant Xavier Batten ("defendant") has a schizophrenia diagnosis, a racially motivated violent extremist ideology, and a history of facilitating violence and making threats to blow himself up and to conduct a mass shooting.  He is facing charges that carry a five-year mandatory minimum in a district to which his only tie is having participated in the firebombing of a healthcare clinic. Defendant has twice been ordered detained pending trial, first in Florida and then by this Court.  Defendant now seeks to be released from custody based on an unfounded claim that he has not received appropriate care while in custody and his strong ties to a district 3,000 miles away from that in which he is facing charges.  The Court should deny his request.  Defendant has received and continues to receive appropriate treatment while in custody and his condition, characteristics, and the evidence against him make it unlikely that he will appear in this district as required.  More importantly, defendant's volatility, ideology, mental health diagnosis, and conduct reflect that his release would significantly endanger the community.  No condition or set of conditions can reasonably assure otherwise.

## II.   STATEMENT OF FACTS

A.   <u>Defendant Counsels His Codefendants on How to Build a Molotov Cocktail to Firebomb a Planned Parenthood</u>

At approximately 1:00 a.m. on March 13, 2022, defendant's codefendants, Chance Brannon ("Brannon") and Tibet Ergul ("Ergul"), ignited a Molotov cocktail and threw it at the entrance of a Planned Parenthood clinic in Orange County.  Defendant assisted from his home

in Florida, communicating with Brannon consistently in the hours

leading up to and following the attack.  As part of those

communications, defendant advised Brannon on how to build the Molotov

cocktail, exchanging the following messages just hours before the

attack:

```
BRANNON:        How much styrofoam
DEFENDANT:      You don't need an exact measurement just ensure
                you have at least a few inches
DEFENDANT:      If you wanna play it safe do 3 cups
DEFENDANT:      You can also just do as much as it will dissolve.
                The point is adhesion
BRANNON:        God bless
BRANNON:        Pray for our success
DEFENDANT:      I will right now
```

(Declaration of Kathrynne N. Seiden ("Seiden Decl.") ¶ 2 & Ex. A at

USAO_002680-82.)  Approximately two minutes after Brannon and Ergul

threw the Molotov cocktail, Brannon and defendant exchanged the

following messages:

```
BRANNON:        It's done.
DEFENDANT:      88.[1] Did you see how long it lasted?
BRANNON:        Not really but it was fucking good
DEFENDANT:      Just making sure it all went well.
                Congratulations on your success brother
BRANNON:        Thank you. Please pray for our shelter from the
                investigative eyes
DEFENDANT:      I will.
BRANNON:        Thank you. And you shall uphold your word
                regarding my nose!
DEFENDANT:      Of course. You have my respect
```

(Id. at USAO_002683-85.)

Defendant's browser history reflects that on the date of the

firebombing, defendant conducted multiple searches, including "how

much Styrofoam in a molotov cocktail," "state sponsored Molotov

---

[1] 88 is an abbreviation for the Nazi Salute "Heil Hitler," based
on the letter H being the eighth letter in the alphabet.  Brannon and
Batten frequently greeted each other using "88".

cocktails," and later that day, "abortion clinic bombing," and "California abortion clinic bombing." (Seiden Decl. ¶ 11.)

On March 17, 2022, defendant searched "abortion clinic arsonist arrested in California." (Id.) The following day, defendant texted Brannon to check in on him: "[Brannon.] The people worry." (Id. ¶ 2 & Ex. A at USAO_002686.) Brannon, then an active-duty United States Marine, replied that he had been "in the field." (Id.)

B.   Defendant Evinces an Interest in Committing Additional Violent Attacks

After congratulating his codefendants on a successful attack, defendant's interest in explosives seemingly grew. On March 14, 2022, the day following the firebombing, defendant searched "how to make an IED," "how to make a pressure activated mine," and "how to make a landmine." (Seiden Decl. ¶ 11.) In April, defendant searched "what would happen if you dropped a lit cigarette into a gas tank of a car? Would it explode right away or just catch fire?" (Id.)

Defendant's search history throughout April and May reflect persistent interest in a variety of topics, including antisemitic or racist ideologies ("catholic kkk," "kkk allies," "happy birthday hitler, "stalin racist quotes," and "78 percent of slaveowners jewish"); cannibalism ("human meat recipes," "a defense of cannibalism," "canninalism [sic] is morally good," "cannibal recipes," "pro cannibalism essay," and "I love sneaking into maternity wards and eating the afterbirth"); abortion ("why are fetal skulls crushed during an abortion"); firearms ("Remington revolver serial number generator," "Remington revolver models," "Ruger SR22 Rimfire Pistol Models," and "thehomegunsmith.com"); and, most concerningly, acts of mass violence ("tulsa race riot," "buffalo

3

shooting," "tranny shooter," "Orlando shooter was American," "who shot up Orlando"). (Id.) Defendant also kept various violent and racist notes on his phone. (Id.)

On May 19, 2022, defendant texted Brannon, the Marine, asking for advice on committing an attack similar to that he had helped commit two months earlier:

| DEFENDANT: | Can you give me a quick rundown on good opsec |
| BRANNON: | Be a little more specific |
| DEFENDANT: | For instance how would that nigga in the bible get away with destroying the temple of moloch[2] in the modern age |
| BRANNON: | No phone or at least enable airplane mode within vicinity of site-print off directions at home if they're needed |
| | Quick escape routes |
| | Don't be identified on camera in a vehicle near the site |
| | If must be id'd on camera on foot obscure all identifying info-face, skin color, logos on clothing |
| BRANNON: | Plan out approach and exit beforehand |
| BRANNON: | Gloves mandatory |
| BRANNON: | No eyewitnesses present |
| BRANNON: | Shit happens so if someone sees you you better be masked and don't run back to your car at first because they will make your plates |
| BRANNON: | Go at least 25 minutes drive away from where you normally live, hang out, and work. It should be in the jurisdiction of another PD |
| DEFENDANT: | Understood. Thanks for helping me with my history homework |
| BRANNON: | Delete these messages after you write them down or memorize them |
| DEFENDANT: | Got it |
| DEFENDANT: | Wouldn't me being 6'6 be an identifying feature |
| BRANNON: | "Putting out a call for a tall male" |
| BRANNON: | Unidentified race |
| DEFENDANT: | True |
| BRANNON: | If you're gone immediately there's basically zero chance of capture. The local pd will be searching for a tall man who's not even around anymore |

---

[2] "Temple of Moloch" is believed to be a coded reference to an abortion clinic, based on reference to a biblical form of child sacrifice.

4

BRANNON:          Plus by the time they review the camera footage
                  (if there is any) it'll be far too late

(Seiden Decl. ¶ 3 & Ex. B at USAO_002696-2701.)

C.   Batten States he is Planning a Mass Shooting and
     Distributes Guides for Creating Weapons of Mass Destruction

In August 2022, defendant texted Brannon that he had done some "deep thinking" about his desire to restore his "previous piety." Defendant expressed having "prayed that my blood lust and apathy and rage would be calmed" and claimed to have been feeling "docile and happier and going out of [his] way to help people[.]" (Seiden Decl. ¶ 4 & Ex. C at USAO_002713.)

However, just weeks later, in September 2022, law enforcement interviewed defendant after he threatened to commit a mass shooting on a gaming platform. (Seiden Decl. ¶ 8.) Specifically, defendant set his profile tagline to "I am planning a mass shooting" and confirmed to other users that he was planning a mass shooting because "the system" had failed him. (Id.) Defendant also used a gaming platform to distribute numerous guides on making weapons of mass destruction, as well as guides on "civilian warfare and sabotage." (Id.) Defendant told the FBI that he could not remember writing anything about a shooting and was just "joking around." (Id.)

Afterwards, defendant told Brannon the FBI had used "scare tactics" on him and assured Brannon that he had already deleted the guides he had distributed on the gaming platform. (Id. ¶ 9.) Brannon then counseled defendant on avoiding making any admissions going forward. (Id.)

D.   Defendant is Arrested and Ordered Detained Pending Trial

In July 2023, a grand jury indicted defendant for conspiracy and aiding and abetting the malicious destruction of property by fire and

explosive, in violation of 18 U.S.C. §§ 844(n) and (i).  Defendant
was arrested at his home in Florida.  In a Mirandized interview,
defendant falsely claimed he did not know what the firebombing had to
do with him and falsely told the FBI that he first learned about it
when Brannon and Ergul were arrested.  (Seiden Decl. ¶ 10.)

At defendant's initial appearance in Florida, the Honorable
Amanda Arnold Sansone, United States Magistrate Judge, ordered
defendant detained pending trial on the basis that a signature bond
and other conditions were insufficient to reasonably assure the
safety of the community.  (Dkt. 34 at 8.)

During his initial appearance in this district, the Court found
defendant had not rebutted the presumption that no condition or
combination of conditions would reasonably assure defendant's
appearance as required and the safety of the community.  (Dkt. 47.)
The Court ordered defendant detained pending trial on the basis of
danger, factoring in defendant's lack of bail resources and community
ties, mental health history, and the nature and circumstances of the
offense charged.  (Id.)

## III. LEGAL STANDARD

A defendant should be detained pending trial where a court finds
that "no condition or combination of conditions will reasonably
assure the appearance of the person as required and the safety of any
other person and the community."  18 U.S.C. § 3142(e).  Ordinarily,
"the government bears the burden of showing by a preponderance of the
evidence that the defendant poses a flight risk," or "by clear and
convincing evidence that the defendant poses a danger to the
community."  United States v. Gebro, 948 F.2d 1118, 1121 (9th Cir.
1991) (citing United States v. Motamedi, 767 F.2d 1403, 1406-07 (9th

1   Cir. 1985)).   However, if a court finds there is probable cause to

2   believe a defendant committed an offense listed in 18 U.S.C.

3   § 2332b(g)(5)(B) for which a maximum term of imprisonment of ten

4   years or more is prescribed, the court will then presume -- subject

5   to rebuttal by the defendant -- that no condition or combination of

6   conditions will reasonably assure the appearance of the person as

7   required or the safety of the community.   18 U.S.C. § 3142(e)(3)(C).

8          In determining whether there are conditions of release that will

9   reasonably assure the appearance of the person as required and the

10  safety of the community, the court will consider four factors: (1)

11  the nature and circumstances of the offense charged; (2) the weight

12  of the evidence against the defendant; (3) the defendant's history

13  and characteristics, including defendant's mental condition, family

14  and community ties, past criminal conduct, history related to drug

15  abuse, and record concerning appearance at court proceedings; and (4)

16  the nature and seriousness of the danger to any person or the

17  community that would be posed by the defendant's release.   18 U.S.C.

18  § 3142(g).

19  **IV.   NO COMBINATION OF CONDITIONS CAN REASONABLY ASSURE THE SAFETY OF
        THE COMMUNITY OR DEFENDANT'S APPEARANCE AT TRIAL**

20         Defendant should be detained because no condition or set of

21  conditions can reasonably assure defendant's appearance as required

22  or, more significantly, the safety of the community.   As this Court

23  has already found, there is probable cause to believe that defendant

24  committed a violation of 18 U.S.C. § 844(i), which is one of the

25  offenses listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum

26  term of imprisonment of ten years or more is prescribed.

27  Accordingly, there is a rebuttal presumption that no combination of

28

conditions will reasonably assure defendant's appearance at trial or, more importantly, the safety of the community.  See 18 U.S.C. § 3142(e)(3)(C).  All four of the relevant factors under 18 U.S.C. § 3142(g) reflect that no set of bond conditions can reasonably mitigate that risk.

A.   Nature and Circumstances of the Offense Charged

The nature and circumstances of the offense charged weigh in favor of detention.  Defendant intentionally helped his codefendants create an incendiary device to throw at a healthcare clinic, intending to damage or destroy the building and seemingly apathetic to whether anyone would be hurt or killed.  As illustrated by the fact that defendant's crime falls within those Congress prescribed as subject to a rebuttable presumption of danger, defendant's conduct was extremely serious and put both people and property at risk.

Even more concerning is the fact that defendant's participation in the firebombing neither deterred him nor caused him to second guess the propriety or dangerousness of his conduct.  To the contrary, apparently inspired by the firebombing he aided and abetted, defendant researched how to make new incendiary devices the very next day and persistently searched firearms and mass casualty events over the next two months, finally turning to Brannon for advice on completing and getting away with an attack on a second clinic.  (Seiden Decl. ¶¶ 11, 3 & Ex. B at USAO_2696-2701.)  Four months after that, in September 2022, defendant zealously shared his knowledge on creating weapons of mass destruction -- and tactics on how to use them -- with friends and strangers on a gaming platform. (Seiden Decl. ¶ 8.)

1    In short, the nature and circumstances of the offense charged

2    and defendant's apparent desire to repeat his behavior or inspire

3    others to do so reflect that defendant poses a danger to the

4    community.  The Court cannot reasonably assure that stringent bond

5    conditions will prevent that danger.

6        B.   Weight of the Evidence

7        This factor, too, weighs in favor of detention.  Defendant was

8    not physically present at the Planned Parenthood on the morning of

9    the firebombing, but his contemporaneous messages reflect that he

10   intentionally facilitated his codefendants' conduct by advising them

11   on how to create an effective Molotov cocktail, which he researched

12   contemporaneously on his phone.  (Seiden Decl. ¶¶ 11, 2 & Ex. A.)

13   Within moments of carrying out the plan, Brannon told defendant their

14   mission was "done."  (Id. at USAO_002683.)  Defendant did not express

15   confusion or ask Brannon to elaborate on what he meant; to the

16   contrary, he responded with coded language for "Heil Hitler" and

17   asked only one question: "how long [did] it last[?]".  (Id.)  In

18   other words, defendant's own words make plain that he intentionally

19   facilitated Brannon's arson.

20   Moreover, that same day (in March 2022), defendant affirmatively

21   sought out news coverage of the plan he had facilitated, searching

22   for "abortion clinic bombing" and "California abortion clinic

23   bombing" on his phone.  (Seiden Decl. ¶ 11.)  When he could not reach

24   Brannon a few days later because Brannon was in the field, defendant

25   searched for "abortion clinic arsonist arrested in California" to see

26   whether Brannon had been caught.  (Id.)  Yet when defendant was

27   eventually arrested and interviewed, he told law enforcement he had

28

9

not heard about the clinic firebombing until Brannon's June 2023 arrest.[3]  (Id. ¶ 10.)

In short, defendant's own words and conduct make plain his intent and connection to the crime for which he is charged.  And if convicted of either conspiracy or aiding and abetting, Brannon faces a statutory mandatory minimum of five years' imprisonment.  See 18 U.S.C. §§ 844(i) and (n).  Because there is significant evidence against him and he faces a minimum five-year sentence if convicted, defendant has a strong incentive not to appear as required.  Thus, this factor, too, weighs in favor of detention.

C.   Personal History and Characteristics

Although defendant has no significant criminal history to speak of, his personal characteristics and history reflect that there are no conditions which can reasonably assure his presence as required or the safety of the community.  Defendant has significant mental health issues that may have influenced his past erratic and dangerous behavior; for example, in 2017, Batten was put on a psychiatric hold after he used a computer at his high school to access a Veterans Suicide Hotline, where he stated he wanted to jump off a building and blow himself up.  (Seiden Decl. ¶ 7.)  More recently, defendant was diagnosed with schizophrenia.  (Dkt. 34 at 4.)  While defendant should receive (and is receiving)[4] appropriate medical care, his mental health issues and volatility make him less likely to appear as

---

[3] That defendant lied to law enforcement after his arrest undermines his argument that he has been fully cooperative with law enforcement and further illustrates why defendant is not a suitable candidate for pretrial release.

[4] Defendant claims his medication has been discontinued while in BOP custody, but his medical records reflect that he has consistently received appropriate medication while in custody.  (Seiden Decl. ¶ 6 & Ex. E.)

required, particularly given that he lives 3,000 miles away from the district in which he is facing charges with a five year mandatory minimum sentence.

As demonstrated by his past conduct, defendant's mental health condition also makes it more likely that he poses a danger to the community.  That danger is exacerbated by his violent and racially motivated ideology, which is evident from the searches on his phone, his communication with Brannon, and his threats to strangers over the internet.  Defendant wrote himself violent and racist notes, sought out information related to prior hate-motivated shootings, frequently greeted Brannon with coded language for "Heil Hitler," and researched and exchanged homophobic, racist, and antisemitic information and sentiments.  (Seiden Decl. ¶ 11.)  As one example, in January 2023, Brannon texted defendant to ask how far he lived from Hollywood, Florida.  (Id. ¶ 5 & Ex. D.)  Defendant responded that he was four and a half hours away.  (Id.)  Brannon responded: "I need you to drive there and lynch a [n-word] and his two children" and provided defendant with the person's name.  (Id.)  Batten responded: "On it." (Id.)  Those conversations are concerning enough, but are especially so when coupled with defendant's interest in prior mass casualty events, his threats to conduct a "mass shooting," his demonstrated interest in firearms and explosives, and, in his own words, his "blood lust and apathy and rage."  (Id.; Seiden Decl. ¶¶ 8, 11.)

     D.   Nature and Seriousness of the Danger

Finally, it is difficult to overstate the seriousness of the danger it would pose if defendant repeated the conduct for which he is charged or engaged in anything approximating the conduct he has threatened or evinced an interest in.  Defendant may have strong ties

11

to his hometown in Florida and a family member willing to sign as a surety on his behalf, but those factors are hardly sufficient to assure the Court that defendant will abstain from making good on his threats.

**V.   CONCLUSION**

For the foregoing reasons, the government respectfully requests that this Court order defendant to remain detained pending trial.

1           DECLARATION OF KATHRYNNE N. SEIDEN

2       I, Kathrynne N. Seiden, declare as follows:

3       1.   I am an Assistant United States Attorney in the United

4  States Attorney's Office for the Central District of California.  I

5  am assigned to represent the government in this matter.

6       2.   Attached as **Exhibit A** is a true and correct copy of an

7  excerpt of messages exchanged between Xavier Batten ("defendant") and

8  his codefendant, Chance Brannon ("Brannon"), in March 2022, as

9  produced to defendant at Bates numbers USAO_002680-2686, with

10  personally identifying information redacted.

11      3.   Attached as **Exhibit B** is a true and correct copy of an

12  excerpt of messages exchanged between defendant and Brannon in May

13  2022, as produced to defendant at Bates numbers USAO_2696-2701, with

14  personally identifying information redacted.

15      4.   Attached as **Exhibit C** is a true and correct copy of an

16  excerpt of messages exchanged between defendant and Brannon in August

17  2022, as produced to defendant at Bates numbers USAO_2713-2715, with

18  personally identifying information redacted.

19      5.   Attached as **Exhibit D** is a true and correct copy of an

20  excerpt of messages between defendant and Brannon in January 2023, as

21  produced to defendant at Bates numbers USAO_2807-2809, with

22  personally identifying information redacted.

23      6.   Attached as **Exhibit E** is a true and correct copy of medical

24  records I received from the Bureau of Prisons on November 28, 2023,

25  which I provided to Batten's counsel that same day.

26      7.   Based on my review of law enforcement reports which were

27  produced to defendant at Bates numbers BATTEN_000008 and USAO_006482,

28  I understand that in 2017, Batten was put on a psychiatric hold after

he used a computer at his high school to access a Veterans Suicide Hotline, where he stated he wanted to jump off a building and blow himself up.

8.    Based on my review of law enforcement reports which were produced to defendant at Bates numbers USAO_006415-6429, I understand that in September 2022, Batten threatened to commit a mass shooting on the gaming platform Steam.  Specifically, Brannon set his tag line to "I am planning a mass shooting" and told other users he was planning a mass shooting because the "system" had failed him.  Batten also used Steam to distribute guides on making weapons of mass destruction and guides on "civilian warfare and sabotage," among others.  When interviewed, defendant implied that he did not remember writing anything about a shooting and was just joking around.

9.    I have reviewed messages exchanged between Brannon and Batten in September 2022, which were produced to defendant at Bates numbers USAO_002761-2774, in which Batten told Brannon the FBI had used "scare tactics" on him and assured Brannon "I already deleted the guides."  In those messages, Brannon counseled Batten on avoiding making any admissions going forward.

10.   I have listened to a recording of defendant's post-arrest interview in which defendant stated that he did not know what the firebombing had to do with him and claimed he did not know about the firebombing until after his codefendants were arrested.

11.   Based on information relayed to me by the FBI Special Agent who conducted a preliminary review of defendant's digital device, I understand that defendant's saved notes and browser history reflect the following information, which I provided to defense counsel on November 28, 2023:

14

a.      In February 2022, defendant saved a note that included: "I saw a couple of filthy spaaaades . . . I kept pounding till theyre deaaaaad [N-words] need to die And go home to the skyJust kidding all spooks will have to buuuurn I'll beat them till they dieThey'll go hell and cryWhyile their carcass is feeding all the worms."

b.      In March 2022, defendant saved a note that stated: "There were 3 well dressed gentlemen in suits, holding brief cases, and a black man sitting across from them. The [n-word's] skin was dark as tar, his nostrils the size of shot glasses. The [n-word] emitted a terrible and sulfuric odor, as if he was releasing a constant stream of flatulence. The [n-word] had 2 enormous red lips which constituted the majority of his face. It's hair was nappy, wooly, and greasy. Like a sheep that's been drenched in grease."

c.      On March 13, 2022, defendant conducted multiple searches, including "how much Styrofoam in a molotov cocktail," "state sponsored Molotov cocktails," "abortion clinic bombing" and "California abortion clinic bombing."

d.      On March 14, 2022, defendant searched "how to make an IED," "how to make a pressure activated mine," and "how to make a landmine."

e.      On March 17, 2022, defendant searched "abortion clinic arsonist arrested in California."

f.      On April 29, 2022, defendant searched "what would happen if you dropped a lit cigarette into a gas tank of a car? Would it explode right away or just catch fire?"

g.     On May 3, 2022, defendant searched "roe vs wade overturned."  Two days later, defendant searched "why are fetal skulls crushed during an abortion."

h.     On multiple dates between March 2022 and May 2022, defendant conducted various searches related to firearms, including searches related to pistol and revolver models, multiple visits to thehomegunsmith.com, and searches related to generating serial numbers for revolvers.

i.     On multiple dates between March 2022 and May 2022, defendant conducted searches related to cannibalism, including "cannibal cookbook," "cannibal cookbook recipes," "cannibal cookbook free," "human mean recipes," cannibal cookbook nico claux," "pro cannibalism reddit," "ethical cannibalism," "in defense of cannibalism," "liveleak cannibalism," "human meat recipes," "meat that looks like human meat," "canninalism [sic] is morally good," "pro cannibalism essay," "human flesh recipes," and "I love sneaking into maternity wards and eating the afterbirth."

j.     On multiple dates between March 2022 and May 2022, defendant conducted searches on mass shootings, including "tulsa race riot," "buffalo shooting," "tranny shooter," "Orlando shooter was American," and "who shot up Orlando."

k.     On various dates between March 2022 and May 2022, defendant conducted the following searches: "stalin racist quotes," "kkk allies," "catholic kkk," "birthday cake hitlee [sic]," "happy birthday hitler," "hitler silhouette," and "78 percent of slaveowners jewish."

//

//

1      I declare under penalty of perjury under the laws of the United

2  States of America that the foregoing is true and correct and that

3  this declaration is executed at Los Angeles, California, on November

4  30, 2023.

```
                                    /s/
                                    _____
                                    KATHRYNNE N. SEIDEN
                                    Assistant United States Attorney
```

**Exhibit A**



From: ▆ Chance Brannon (owner)
To: ▆ Xavier J Batten

**How much styrofoam**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆ Xavier J Batten | | | |

**Status:** Sent

3/12/2022 4:46:21 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x468386 (Table:
message, handle; Size: 52322304 bytes)

---

From: ▆ Xavier J Batten
To: ▆ Chance Brannon (owner)

**You don't need an exact measurement just ensure you have at least a few inches**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆ Chance Brannon | | 3/12/2022 4:57:51 PM(UTC-8) | |

**Status:** Read

3/12/2022 4:47:30 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x469FC0 (Table: message, handle; Size: 52322304 bytes)

---

From: ▆ Xavier J Batten
To: ▆ Chance Brannon (owner)

**If you wanna play it safe do 3 cups**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆ Chance Brannon | | 3/12/2022 4:57:51 PM(UTC-8) | |

**Status:** Read

3/12/2022 4:48:34 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x469D64 (Table: message, handle; Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      USAO_002680



From: ▮▮▮▮ Xavier J Batten
To: ▮▮▮▮▮ Chance Brannon (owner)

**You can also just do as much as it will dissolve. The point is adhesion**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Chance Brannon | | 3/12/2022 4:57:51 PM(UTC-8) | |

**Status: Read**

3/12/2022 4:49:14 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x469B5F (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮ Xavier J Batten

**God bless**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Xavier J Batten | | | |

**Status: Sent**

3/12/2022 4:57:56 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x469917 (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮ Xavier J Batten

**Pray for our success**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Xavier J Batten | | | |

**Status: Sent**

3/12/2022 4:58:01 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46974E (Table: message, handle; Size: 52322304 bytes)

7

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      USAO_002681



From: ████ Xavier J Batten
To: ████ Chance Brannon (owner)

I will right now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ Chance Brannon | | 3/12/202 2 4:58:39 PM(UTC -8) | |

Status: Read

3/12/2022 4:58:20 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x469567 (Table: message; handle; Size: 52322304 bytes)



From: ████ Chance Brannon (owner)
To: ████ Xavier J Batten

Interesting theological question I just thought of. Most modern theologians agree ignorance to the Gospel will not damn a righteous person to Hell. But if this were true, wouldn't it be a good thing not to spread the word of the Gospel, since many people may spend time in purgatory but virtually no one can consciously reject Christ because of their ignorance? With that in mind, is it possible that the ignorant are not saved despite their ignorance?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Xavier J Batten | | | |

Status: Sent

3/12/2022 6:27:56 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46BFC8 (Table: message, handle; Size: 52322304 bytes)

From: ████ Xavier J Batten
To: ████ Chance Brannon (owner)

I've seen that talking point a lot, and although not spreading the gospel may save some people, it can also doom them. You're not saved soley because you did not know, you also have to maintain righteousness as you've said. Many non believers do not due to their cultures and practices being unrighteous by nature. Not to mention legitimate demonic influence in those places. With full knowledge of God, they're more protected and know to do what it right even if others do not agree. Ignorance is in of itself evil. It doesn't make you evil, but ignorance itself is. So it's better for those people to know God so they can make a conscious decision to either accept or reject him. They choose their path through this

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Chance Brannon | | 3/12/2022 6:33:07 PM(UTC-8) | |

Status: Read

3/12/2022 6:33:04 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46BA7C (Table: message; handle; Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    USAO_002682



From: ▓▓▓▓▓▓ Chance Brannon (owner)
To: ▓▓▓▓▓▓ Xavier J Batten

**Excellent point**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ Xavier J Batten | | | |

**Status:** Sent

3/12/2022 6:33:25 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46B326 (Table: message, handle; Size: 52322304 bytes)

From: ▓▓▓▓▓▓ Chance Brannon (owner)
To: ▓▓▓▓▓▓ Xavier J Batten

**It's done.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ Xavier J Batten | | | |

**Status:** Sent

3/13/2022 1:03:45 AM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46C7E5 (Table: message, handle; Size: 52322304 bytes)



From: ▓▓▓▓▓▓ Xavier J Batten
To: ▓▓▓▓▓▓ Chance Brannon (owner)

**88. Did you see how long it lasted?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ Chance Brannon | | 3/13/2022 1:04:32 AM(UTC-8) | |

**Status:** Read

3/13/2022 1:04:18 AM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46C612 (Table: message, handle; Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      USAO_002683



From: ▓ Chance Brannon (owner)
To: ▓ Xavier J Batten

**Not really but it was fucking good**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▓ Xavier J Batten | | | |

**Status:** Sent

3/13/2022 1:04:39 AM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46C415 (Table: message, handle; Size: 52322304 bytes)



From: ▓ Xavier J Batten
To: ▓ Chance Brannon (owner)

**Just making sure it all went well. Congratulations on your success brother**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▓ Chance Brannon | | 3/13/2022 1:19:38 AM(UTC-8) | |

**Status:** Read

3/13/2022 1:05:42 AM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46DFC0 (Table: message, handle; Size: 52322304 bytes)



From: ▓ Chance Brannon (owner)
To: ▓ Xavier J Batten

**Thank you. Please pray for our shelter from the investigative eyes**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▓ Xavier J Batten | | | |

**Status:** Sent

3/13/2022 1:19:55 AM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46DD72 (Table: message, handle; Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER        USAO_002684







CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      USAO_002685





From: +██████████ Chance Brannon (owner)
To: +1█████████ Xavier J Batten
I've been in the field nigga

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████████ Xavier J Batten | | | |

Status: Sent

3/18/2022 10:03:34 AM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4A33A7 (Table:
message, handle; Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      USAO_002686

**Exhibit B**



From: █████ Xavier J Batten
To: +1 █████ Chance Brannon (owner)

Chance. Can you give me a quick rundown on good opsec

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 █████ Chance Brannon | | 5/19/2022 4:08:49 PM(UTC-7) | |

Status: Read

5/19/2022 4:06:09 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x76761E (Table: message, handle; Size: 52322304 bytes)



From: +1 █████ Chance Brannon (owner)
To █████ Xavier J Batten

Be a little more specific

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████ Xavier J Batten | | | |

Status: Sent

5/19/2022 4:08:55 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x7673FD (Table: message, handle; Size: 52322304 bytes)



From: █████ Xavier J Batten
To: +1 █████ Chance Brannon (owner)

For instance how would that nigga in the bible get away with destroying the temple of moloch in the modern age

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 █████ Chance Brannon | | 5/19/2022 4:12:46 PM(UTC-7) | |

Status: Read

5/19/2022 4:12:39 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x768FC0 (Table: message, handle; Size: 52322304 bytes)

22



From: ▮▮▮▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮▮▮ Xavier J Batten

No phone or at least enable airplane mode within vicinity of site-print off directions at home if they're needed
Quick escape routes
Don't be identified on camera in a vehicle near the site
If must be id'd on camera on foot obscure all identifying info-face, skin color, logos on clothing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Xavier J Batten | | | |

Status: Sent

5/19/2022 4:14:07 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x768D2A (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮ Xavier J Batten

Plan out approach and exit beforehand

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Xavier J Batten | | | |

Status: Sent

5/19/2022 4:14:19 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x76892E (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮ Xavier J Batten

Gloves mandatory

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Xavier J Batten | | | |

Status: Sent

5/19/2022 4:14:32 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x76872D (Table: message, handle; Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      USAO_002697



From █████ Chance Brannon (owner)
To: +█████████ Xavier J Batten

No eyewitnesses present

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| +█████████ Xavier J Batten | | | | |

**Status:** Sent

5/19/2022 4:14:49 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x768556 (Table: message, handle; Size: 52322304 bytes)



From +█████████ Chance Brannon (owner)
To: +█████████ Xavier J Batten

Shit happens so if someone sees you you better be masked and don't run back to your car at first because they will make your plates

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████████ Xavier J Batten | | | |

**Status:** Sent

5/19/2022 4:15:22 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x768371 (Table: message, handle; Size: 52322304 bytes)

From +█████████ Chance Brannon (owner)
To: +█████████ Xavier J Batten

Go at least 25 minutes drive away from where you normally live, hang out, and work. It should be in the jurisdiction of another PD

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +█████████ Xavier J Batten | | | |

**Status:** Sent

5/19/2022 4:16:04 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x769FC8 (Table: message, handle; Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    USAO_002698



From: ███ Xavier J Batten
To: ███ Chance Brannon (owner)

Understood. Thanks for helping me with my history homework

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███ Chance Brannon | | 5/19/2022 4:16:39 PM(UTC-7) | |

Status: Read

5/19/2022 4:16:39 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x769D00 (Table: message, handle; Size: 52322304 bytes)



From: ███ Chance Brannon (owner)
To: +███ Xavier J Batten

Delete these messages after you write them down or memorize them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Xavier J Batten | | | |

Status: Sent

5/19/2022 4:17:28 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x769AD2 (Table: message, handle; Size: 52322304 bytes)

From: +1 ███ Xavier J Batten
To: ███ Chance Brannon (owner)

Got it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███ Chance Brannon | | 5/19/2022 4:18:28 PM(UTC-7) | |

Status: Read

5/19/2022 4:17:56 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x769892 (Table: message, handle; Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     USAO_002699



From: <span style="background:black">▪</span> Xavier J Batten
To: +1 <span style="background:black">▪</span> Chance Brannon (owner)

**Wouldn't me being 6'6 be an identifying feature**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 <span>Chance Brannon</span> | | 5/19/2022 4:18:35 PM(UTC-7) | |

Status: Read

5/19/2022 4:18:32 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x7696C7 (Table: message, handle; Size: 52322304 bytes)



From: +1 <span style="background:black">▪</span> Chance Brannon (owner)
To: +1 <span style="background:black">▪</span> Xavier J Batten

**"Putting out a call for a tall male"**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 <span>Xavier J Batten</span> | | | |

Status: Sent

5/19/2022 4:18:48 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x7694B0 (Table: message, handle; Size: 52322304 bytes)



From: +1 <span style="background:black">▪</span> Chance Brannon (owner)
To: +1 <span style="background:black">▪</span> Xavier J Batten

**Unidentified race**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| <span>Xavier J Batten</span> | | | |

Status: Sent

5/19/2022 4:18:55 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x7692B1 (Table: message, handle; Size: 52322304 bytes)

26

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     USAO_002700



From: +1 [REDACTED] Xavier J Batten
To: +1 [REDACTED] Chance Brannon (owner)

True

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1 [REDACTED] Chance Brannon | | 5/19/2022 4:19:34 PM(UTC-7) | |

**Status:** Read

5/19/2022 4:19:18 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x76AFC0 (Table:
message; handle; Size: 52322304 bytes)

From: +1 [REDACTED] Chance Brannon (owner)
To: +1 [REDACTED] Xavier J Batten

If you're gone immediately there's basically zero chance of capture. The local pd will be searching for a tall man who's not even around anymore

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1 [REDACTED] Xavier J Batten | | | |

**Status:** Sent

5/19/2022 4:20:33 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x76AE01 (Table: message; handle; Size: 52322304 bytes)

From: +1 [REDACTED] Chance Brannon (owner)
To: +1 [REDACTED] Xavier J Batten

Plus by the time they review the camera footage (if there is any) it'll be far too late

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1 [REDACTED] Xavier J Batten | | | |

**Status:** Sent

5/19/2022 4:20:55 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x76AB25 (Table: message; handle; Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      USAO_002701

## Exhibit C



From: ▓▓▓▓▓▓ Xavier J Batten
To: ▓▓▓▓▓▓ Chance Brannon (owner)

Chance. I was at work doing a menial task over and over and went on autopilot and just did some deep thinking for a while. I thought about how I was missing something and that was the piety I had as a convert. I would listen to gregorian chants while mediating with candles at an altar, beg relatives for rides to church and when mass was closed for a week I begged with passion for my mother to take me to the altar to meditate and pray that God will guide me and give me the best path he can decide for me. Sure most of it was convert zeal but a lot of it was emboldened by the many miracles that I've experienced. Smelling roses and basically getting an apparition after praying the rosary, when my mother was screaming at me and calling me a selfish rebel who's only converting because I know she hates it and threatened to disown me I prayed that she would accept me and understand that my experiences are my own. The next morning she confronted me and apologized and said that she loves me and will accept anything that I wish to become and that she will even start driving me to church to make up for it. When I prayed for my dad to have a chance of conversion he asked me to take him to mass and RCIA. I prayed that my blood lust and apathy and rage would be calmed and ive been docile and happier and going out of my way to help people and feel great about any good work i do. I always took extra precautions to make sure I do not sin. As time passed I missed mass and my sins piled up and I was afraid to go to confession because of the amount and as a response I've been complicit with the idea that I may die and go to hell at any moment. I realized that the key to restoring my previous piety is to meditate on all the miracles and miraculous things that have happened through my prayers. Even when I sin he still answers my prayers and that proves that his love overpowers any slight I may have caused.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ Chance Brannon | | 8/18/2022 11:44:23 AM(UTC-7) | |

Status: Read

8/18/2022 11:43:56 AM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xCF4EA1 (Table: message, handle; Size: 52322304 bytes)



From: ▓▓▓▓▓▓ Chance Brannon (owner)
To: ▓▓▓▓▓ Xavier J Batten

Holy shit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ Xavier J Batten | | | |

Status: Sent

8/18/2022 11:44:35 AM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xCF38A6 (Table: message, handle; Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      USAO_002713



From: ▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮ Xavier J Batten

Stand by while i read this patriots

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Xavier J Batten | | | |

**Status:** Sent

8/18/2022 11:44:45 AM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xCF36D1 (Table:
message, handle; Size: 52322304 bytes)



From: ▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮ Xavier J Batten

Wow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Xavier J Batten | | | |

**Status:** Sent

8/18/2022 11:49:37 AM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xCF34C8 (Table:
message, handle; Size: 52322304 bytes)



From: ▮▮▮▮ 45 Chance Brannon (owner)
To: ▮▮▮▮ Xavier J Batten

The Holy Spirit has a strong presence in your life

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Xavier J Batten | | | |

**Status:** Sent

8/18/2022 11:49:58 AM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xCF32FF (Table: message, handle;
Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     USAO_002714



From: ███████ Xavier J Batten
To: ████████ Chance Brannon (owner)

It really does and I feel a deep endless shame over squandering such a gift and feel as if I'm being ungrateful and don't even deserve to go to heaven for my lack of self control. It truly feels like I'm hollow when I'm in a state of mortal sin as if my soul has departed from my body

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ Chance Brannon | | 8/18/2022 12:15:12 PM(UTC-7) | |

Status: Read

8/18/2022 12:14:42 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xCF5FC0 (Table: message, handle; Size: 52322304 bytes)



From: ███████ Chance Brannon (owner)
To: ███████ Xavier J Batten

I know what you mean

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ Xavier J Batten | | | |

Status: Sent

8/18/2022 12:16:50 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xCF59C7 (Table: message, handle; Size: 52322304 bytes)



From: ███████ Chance Brannon (owner)
To: ███████ Xavier J Batten

Sometimes I feel like my prayers are unanswered

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ Xavier J Batten | | | |

Status: Sent

8/18/2022 12:17:11 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xCF57DC (Table: message, handle; Size: 52322304 bytes)

41

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      USAO_002715

# Exhibit D



From: ▮▮▮▮▮ Xavier J Batten
To: ▮▮▮▮▮ Chance Brannon (owner)

He sees its remotely linked to self help and immediately associates it with grifters for no reason

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Chance Brannon | | 1/9/2023 4:27:03 PM(UTC-8) | |

Status: Read

1/9/2023 4:23:02 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1940D7C (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮▮ Xavier J Batten

Mark 2:14: And so it came to pass that Jesus said, subscribe to @muscle.christianity and ChristPod to learn how to become an alpha beast

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Xavier J Batten | | | |

Status: Sent

1/9/2023 4:28:03 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1940AFB (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮▮ Xavier J Batten

How far are you from hollywood florida

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Xavier J Batten | | | |

Status: Sent

1/31/2023 5:22:28 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1B1535D (Table: message, handle; Size: 52322304 bytes)

133

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      USAO_002807



From: +1 ███████ Xavier J Batten
To: +1 ███████ Chance Brannon (owner)

**4 hours and 30 minutes**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Chance Brannon | | 1/31/2023 5:23:32 PM(UTC-8) | |

**Status:** Read

1/31/2023 5:23:29 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1B16FC1 (Table: message, handle; Size: 52322304 bytes)



From: +1 ███████ Chance Brannon (owner)
To: +1 ███████ Xavier J Batten

I need you to drive there and lynch a nigger and his two children named ███████

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Xavier J Batten | | | |

**Status:** Sent

1/31/2023 5:23:56 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1B16DCA (Table: message, handle; Size: 52322304 bytes)

From: +1 ███████ Chance Brannon (owner)
To: +1 ███████ Xavier J Batten

**1 child**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 ███████ Xavier J Batten | | | |

**Status:** Sent

1/31/2023 5:25:48 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1B16B54 (Table: message, handle; Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     USAO_002808



From: ▮▮▮ Xavier J Batten
To: ▮▮▮▮ Chance Brannon (owner)
On it.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Chance Brannon | | 1/31/2023 6:22:30 PM(UTC-8) | |

Status: Read

1/31/2023 6:22:00 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1B16776 (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮ Chance Brannon (owner)
To: ▮▮▮ Xavier J Batten

The spirit of Massachusetts is the spirit of America. The spirit of what's old and what's new. The spirit of Massachusetts is the spirit of America. The spirit of the red white and blue.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Xavier J Batten | | | |

Status: Sent

2/3/2023 5:56:55 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1B20D20 (Table: message, handle; Size: 52322304 bytes)

From: ▮▮▮ Xavier J Batten
To: ▮▮▮ Chance Brannon (owner)
I love family guy so much I couldn't stop kekking

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Chance Brannon | | 2/3/2023 6:02:14 PM(UTC-8) | |

Status: Read

2/3/2023 6:02:12 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1B209D7 (Table: message, handle; Size: 52322304 bytes)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      USAO_002809

**Exhibit E**

Filed Under Seal