**F I L E D**
CLERK, U.S. DISTRICT COURT

01/17/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 8:23-100(A)-CJC-3 |
| Plaintiff, | **F I R S T** |
| v. | **S U P E R S E D I N G** **I N F O R M A T I O N** |
| XAVIER BATTEN, | [26 U.S.C. § 5861(d): Possession of an Unregistered Destructive Device; 18 U.S.C. § 248(a)(3): Intentional Damage to a Reproductive Health Services Facility; 18 U.S.C. § 2(a): Aiding and Abetting] |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[26 U.S.C. § 5861(d); 18 U.S.C. § 2(a)]

Beginning on or about March 12, 2022, and continuing until on or about March 13, 2022, in Orange County, within the Central District of California, and elsewhere, defendant XAVIER BATTEN aided and abetted others in knowingly possessing a firearm, as defined in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), namely, a destructive device, which defendant BATTEN knew to be a destructive

device, and which had not been registered in the National Firearms and Registration Transfer Record, as required by Title 26, United States Code, Chapter 53.

1                             COUNT TWO

2           [18 U.S.C. § 248(a)(3); 18 U.S.C. § 2(a)]

3      On or about March 13, 2022, in Orange County, within the Central

4  District of California, and elsewhere, defendant XAVIER BATTEN aided

5  and abetted others in intentionally damaging and destroying the

6  property of a facility which provided reproductive health services,

7  namely, a Planned Parenthood clinic.  Defendant acted because the

8  Planned Parenthood clinic was and had been providing reproductive

9  health services.

10

11                               E. MARTIN ESTRADA
                                United States Attorney

14                               CAMERON L. SCHROEDER
                                Assistant United States Attorney

15                               Chief, National Security Division

16                               DAVID T. RYAN
                                Assistant United States Attorney

17                               Chief, Terrorism and Export Crimes
                                Section

18

19                               KATHRYNNE N. SEIDEN
                                Assistant United States Attorney

20                               Terrorism and Export Crimes
                                Section

21

22

23

24

25

26

27

28