Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT

01/17/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

| | |
|---|---|
| Case Number   8:23-100(A)-CJC-3 | Defendant Number   3 |
| U.S.A.  v.   Xavier Batten | Year of Birth   2002 |
| ☐ Indictment    ✓ Information | Investigative agency (FBI, DEA, etc.)   FBI |

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

✓ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense

☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ✓ Felony

b. Date of Offense _____

c. County in which first offense occurred

_____

d. The crimes charged are alleged to have been committed in
(CHECK **ALL** THAT APPLY):

☐ Los Angeles          ☐ Ventura

✓ Orange               ☐ Santa Barbara

☐ Riverside            ☐ San Luis Obispo

☐ San Bernardino       ☐ Other _____

Citation of Offense   26 USC 5861(d); 18 USC 248(a)

_____

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

☐ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)    ✓ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

✓ No        ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of
Assignment of Cases and Duties to District Judges, criminal
cases may be related if a previously filed indictment or
information and the present case:

a. arise out of the same conspiracy, common scheme,
transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
entail substantial duplication of labor in pretrial, trial or
sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): _____

_____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: _____

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?    ☐ No    ✓ Yes

IF YES, provide Name:   Michael Schachter

Phone Number:   714-338-4500

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*        ✓ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
☐ Yes*        ✓ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ✓ No

This is the  1st  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
July 14, 2023

Case Number 8:23-100-CJC-3

The superseded case:

✓ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*        ✓ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
☐ Yes*        ✓ No

Was a Notice of Complex Case filed on the Indictment or
Information?
☐ Yes         ✓ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male    ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption
☐ government fraud    ☐ tax offenses
☐ environmental issues    ☐ mail/wire fraud
☐ narcotics offenses    ☐ immigration offenses
☑ violent crimes/firearms    ☐ corporate fraud
☑ Other    domestic terrorism offense

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?  ☐ Yes  ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:  ☑ State  ☐ Federal

b. Name of Institution:  Metropolitan Detention Center

c. If Federal, U.S. Marshals Service Registration Number: REG 69457-510

d. ☑ Solely on this charge.  Date and time of arrest: 7/21/2023

e. On another conviction:  ☐ Yes  ☑ No

   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☑ No

   IF YES:  ☐ State  ☐ Federal  AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

Date  01/17/2024

/s/ _____
Signature of Assistant U.S. Attorney
Kathrynne N. Seiden
Print Name