# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACR 23-00100-CJC-3 |
| Date | May 13, 2024 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Rolls Royce Paschal | Debbie Hino-Spaan | Kathrynne Seiden |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3) Xavier Batten | X | X | | 3) Michael Schachter, DFPD | X | X | |

**PROCEEDINGS:   SENTENCING**

Sentencing hearing held.   See separate Judgment and Commitment Order.

                                                                                          :  53

Initials of Deputy Clerk   rrp

cc: